## CERTIFICATION OF VITAL RECORD

## North Dakota Department of Health
Bismarck, North Dakota

# Certification of Death

THIS IS TO CERTIFY THAT THERE IS ON RECORD IN THE DIVISION OF VITAL RECORDS, NORTH DAKOTA DEPARTMENT OF HEALTH, BISMARCK ND, THE FOLLOWING ENTRY OF DEATH:

### DECEDENT INFORMATION

| | | | |
|---|---|---|---|
| NAME: | OSCAR JOSEPH WILKIE JR | SEX: | MALE |
| SOCIAL SECURITY NUMBER: | [redacted] | DATE OF DEATH: | APRIL 14, 2018 |
| PLACE OF DEATH: | ROLLA, NORTH DAKOTA | MARITAL STATUS: | DIVORCED |
| SURVIVING SPOUSE'S NAME: | | TIME OF DEATH: | 03:05 |
| FATHER'S NAME: | OSCAR WILKIE SR | DATE OF BIRTH: | [redacted] |
| MOTHER'S MAIDEN NAME: | DAWN ENNO | BIRTHPLACE: | NORTH DAKOTA |
| RESIDENTIAL ADDRESS: | P.O. BOX 546 BELCOURT, NORTH DAKOTA 58316 | U.S. ARMED FORCES: | NO |
| | | FILING DATE: | APRIL 16, 2018 |
| PLACE DEATH OCCURRED: | HOSPITAL - DEAD ON ARRIVAL | DATE ISSUED: | DECEMBER 03, 2018 |
| FACILITY OR ADDRESS: | PRESENTATION MEDICAL CENTER ROLLA, NORTH DAKOTA | CERTIFICATE NO: | 133-18-002104 |

### INFORMANT INFORMATION

| | | | |
|---|---|---|---|
| INFORMANT: | DANIELLE WILKIE | RELATIONSHIP: | DAUGHTER |
| INFORMANT'S ADDRESS: | P.O. BOX 10514, FARGO, NORTH DAKOTA 58106 | | |

### DISPOSITION INFORMATION

| | | | |
|---|---|---|---|
| FINAL DISPOSITION: | EAE ENTERPRISES, LLC DEVILS LAKE, NORTH DAKOTA | METHOD: | CREMATION |
| | | FUNERAL PRACTITIONER: | MELISSA ELICK |
| FUNERAL HOME: | ELICK FUNERAL HOME ROLLA, ND 58367 | LICENSE NUMBER: | 1190 |

### MEDICAL CAUSE OF DEATH INFORMATION

| | | | |
|---|---|---|---|
| MEDICAL CERTIFIER: | MARK KOPONEN, | LICENSE NUMBER: | |
| CERTIFIER'S ADDRESS: | GRAND FORKS COUNTY CORONER, GRAND FORK | | |
| IMMEDIATE CAUSE OF DEATH: | METHAMPHETAMINE/AMPHETAMINE TOXICITY | | |
| as a consequence of > | METHAMPHETAMINE/AMPHETAMINE INGESTION | | |
| as a consequence of > | | | |
| as a consequence of > | | | |
| CONTRIBUTING FACTORS: | | | |

| | | | | | |
|---|---|---|---|---|---|
| MANNER OF DEATH: | ACCIDENT | | | | |
| MEDICAL EXAMINER CONTACTED: | YES | AUTOPSY PERFORMED: | YES | AUTOPSY FINDINGS AVAILABLE: | YES |
| TOBACCO CONTRIBUTED TO DEATH: | NO | DECEASED DIABETIC: | NO | | |
| DATE OF INJURY: | APRIL 13, 2018 | | | TIME OF INJURY: | UNKNOWN |
| PLACE OF INJURY: | HOME | | | INJURY AT WORK: | NO |
| LOCATION OF INJURY: | 4461 BIA 10 UNIT 973 BELCOURT, NORTH DAKOTA 58316 | | | TRANSPORTATION INJURY: | |
| HOW INJURY OCCURRED: | INGESTED METHAMPHETAMINE/AMPHETAMINE | | | | |

001800805



Darin J. Meschke
State Registrar of Vital Statistics

This certificate is issued in compliance with the laws of the State of North Dakota
(NOT VALID without raised impression seal of the North Dakota Department of Health)