IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Civil No. 3:20-CV-00057

| | |
|---|---|
| Danielle Wilkie, individually and on behalf of Oscar Wilkie II, deceased,<br><br>Plaintiff,<br><br>v.<br><br>Edward Gourneau, individually, and in his capacity as a Correctional Officer at Rolette County Jail;<br><br>Ryan Hiatt, individually, and in his capacity as a Correctional Officer at Rolette County Jail;<br><br>Jayde Slater, individually, and in her capacity as Dispatcher/Correctional Officer at Rolette County Jail;<br><br>Kim Nadeau, individually and in her capacity as Captain of the Rolette County Jail;<br><br>Rolette County, North Dakota,<br><br>Defendants. | **ORDER TO RELEASE RECORDS** |

\*\*\*            \*\*\*            \*\*\*

(1.)    The Court, upon reviewing Defendants' Response Brief to Plaintiff's Motion for Order to Release Medical Records, and finding good cause appearing therefore:

(2.)    **IT IS HEREBY ORDERED** that the following entities shall release to attorney for Plaintiff, Amanda M. Corey, 118 Belmont Road, Grand Forks, ND 58201 **and** attorney for

1

Defendants, Randall J. Bakke, 300 West Century Avenue, P.O. Box 4247, Bismarck, ND 58502-4247, all information and records in their possession related to the deceased Oscar Wilkie II's:

- Employment records at Builders Management Inv. Co., Inc. 1445 1st Avenue North, Fargo, ND 58102;

- Pharmacy records from 2008 to the date of Oscar Wilkie's death on April 14, 2018 at Quentin N. Burdick Memorial Hospital, 1300 Hospital loop, Belcourt, ND 58316;

- Disability, social security, and social security disability records at the Social Security Administration;

- Tax returns and records at the Internal Revenue Service from 2013 to 2018; and

- Records at the Bureau of Indian Affairs

pursuant to the authorizations for release of information executed by the deceased Oscar Wilkie, II's daughter, Plaintiff Danielle Wilkie.

Dated: November 9, 2020

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge